IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **JOHN HARRIS,** | § | |
| Plaintiff, | § | |
| | § | Civil Action No. |
| v. | § | 3:06-CV-0176-R |
| | § | ECF |
| **FREEDOM OF INFORMATION UNIT** | § | |
| **Drug Enforcement Administration,** | § | |
| Defendant. | § | |

## ORDER ADOPTING THE FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney. The District Court reviewed *de novo* the proposed Findings, Conclusions, and Recommendation. Finding no error, the Court adopts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED** this 17th day of November, 2006.

JERRY BUCHMEYER
UNITED STATES DISTRICT JUDGE